

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-60,316-02

### EX PARTE ROLAND HERNANDEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2014-CR-9647-W1 IN THE 379TH DISTRICT COURT
### FROM BEXAR COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of a controlled substance and sentenced to five years' imprisonment.

The trial court entered findings of fact and conclusions of law recommending that Applicant's claims challenging the conviction and sentence be denied and dismissed. After a review of the record and the findings, we agree that Applicant's claims are without merit. Therefore, we deny relief. *Ex parte Torres*, 943 SW2d 469, 472 (Tex. Crim. App. 1997).

Applicant's claim for pre-sentence jail time credit is dismissed. *Ex parte Ybarra*, 149

S.W.3d 147, 148-49 (Tex. Crim. App. 2004); *Ex parte Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010).

DELIVERED: August 3, 2016
DO NOT PUBLISH